# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 3:02CR193-02 |
| DAMOND NELSON ) | USM No: 66930-080 |
| ) | Lyle J. Yurko |
| Date of Previous Judgment: August 19, 2003 | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❐ the Director of the Bureau of Prisons ❐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❐ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __84__ months **is reduced to** __75__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: __38__    Amended Offense Level: __36__
Criminal History Category: __VI__    Criminal History Category: __VI__
Previous Guideline Range: __360__ to __life__ months    Amended Guideline Range: __324__ to __405__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

❐ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❐ Other (explain):

**III. ADDITIONAL COMMENTS**

It is further ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the United States Probation Officer.

Except as provided above, all provisions of the judgment dated __August 19, 2003__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __April 8, 2008__

Effective Date: _____
(if different from order date)

Graham C. Mullen
United States District Judge